

# Fourth Court of Appeals
## San Antonio, Texas

September 30, 2016

No. 04-16-00443-CR

Joshua Douglas **ADAMS**,
Appellant

v.

**THE STATE OF TEXAS**,
Appellee

From the 198th Judicial District Court, Bandera County, Texas
Trial Court No. CR-15-0000133
Honorable M. Rex Emerson, Judge Presiding

# O R D E R

The reporter's record was originally due to be filed in this appeal on August 22, 2016. On August 26, 2016, this court notified the court reporters responsible for preparing the record that the record was late. The court reporters were instructed to file the reporter's record no later than September 26, 2016.

On September 12, 2016, Ms. Paula Beaver filed her portion of the reporter's record. Ms. Patricia Gaddis, however, has failed to file her portion of the reporter's record. It is therefore ORDERED that Ms. Gaddis file her portion of the reporter's record in this court no later than October 26, 2016. If the record is not filed by such date, an order may be issued directing Ms. Gaddis to appear and show cause why she should not be held in contempt for failing to file the record. The clerk of this court shall cause a copy of this order to be served on Ms. Gaddis by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery. Because "[t]he trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed," TEX. R. APP. P. 35.3(c), the clerk of the court is directed to serve a copy of this order on the Honorable M. Rex Emerson, Judge of the 198th Judicial District Court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of September, 2016.



_____
Keith E. Hottle
Clerk of Court